IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 22-40 |
| CHRISTOPHER KELLY | |

**APPEARANCE OF COUNSEL**

NOTICE is hereby given that Michael L. Ivory, Assistant United States Attorney, is counsel of record for the government in the above actions.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney


s/ Michael L. Ivory
MICHAEL L. IVORY
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
PA ID No. 59296